JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158
   Facsimile: (415) 436-6982
   Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 09-657 JSW |
| Plaintiff, | STATUS REPORT & ~~PROPOSED~~ ORDER CONTINUING DATE FOR STATUS CONFERENCE |
| FRANCISCO TORRES, FRANCISCO TORRES, JR. GREGORY VALDOVINOS & RICARDO RIVERA | |
| Defendants. | |

1. On October 5, 2009, counsel for the above-referenced defendants submitted an *ex parte* application which would authorize defendants to use MP3 players to listen to discovery here, recorded conversations.

2. On October 6, 2009, the court issued an Order requiring the government to respond at the scheduled status hearing on October 8 to the defendant's request to utilize MP3 players.

3. On October 7, government counsel spoke with a supervisor from the United States Marshals Service regarding this issue. The Marshals service advised government counsel that the defendants could use an MP3 player to review the discovery. The Marshal advised that he had

STATUS REPORT AND ~~PROPOSED~~ ORDER
CR 09-657 JSW

discussed the issue with North County jail officials. North County officials stated that the defendants may use MP3 players for the purpose of reviewing discovery. The Marshal was advised that prior to defendants being allowed to use the MP3 players, officials at North County jail would review the contents of the MP3 players to ensure that no prohibited materials were contained on the devices.

4. In the alternative, the Marshal also stated that North County would permit review of discovery by defendants through the use of laptop computers provided by the jail. This would require that the discovery be downloaded onto a device, typically a thumb drive, and then loaded onto the laptop computers.

5. The Marshal indicated that the jail could provide a secure location for the defendants to listen to the recordings. Specifically, the jail advised the Marshals Service that the jail would secure the inmates in their cells during what would otherwise be their time to associate with other inmates inside their respective pods. Finally, the Marshal also advised that MP3 players had been provided in one other case for the same purpose. Thus far, there have been no incidents involving the use of the MP3 players.

6. Accordingly, the government has no objection, based upon the information provided by the Marshals service and North County jail, with the request by defendants to use MP3 players to review discovery.

7. If the court grants this request, the parties respectfully request that this matter be continued until November 5, 2009[1] to allow the defendants time to review the discovery and assist their respective counsel in preparation of their respective defense(s). Thus far, time has been excluded under the Speedy Trial Act (18 U.S.C. § 3161(h), et. seq.) and the parties request that it

// //

// //

// //

---

[1] Counsel for defendant Rivera, Gail Shiffman, is not available on this date but will arrange for another attorney to cover this appearance.

STATUS REPORT AND ~~PROPOSED~~ ORDER
CR 09-657 JSW

2

1   // //

2   // //

3   // //

4   continue to be excluded up until November 5, 2009 for effective preparation of counsel.

5      SO STIPULATED.

6   DATED: October 7, 2009                    Respectfully Submitted,

                                              _/s/_____
                                              SUSAN R. JERICH
                                              Assistant United States Attorney

    DATED: October 7, 2009

                                              _/s/_____
                                              GARRICK LEW
                                              Counsel for Defendant Torres

    DATED: October 7, 2009                    _/s/_____

                                              MARIA J. FONSECA
                                              Counsel for Defendant Torres, Jr.

    DATED: October 7, 2009                    _/s/_____

                                              KENNETH WINE
                                              Counsel for Defendant Gregorio Valdovinos

    DATED: October 7 , 2009                   _/s/_____

                                              GAIL SHIFFMAN
                                              Counsel for Defendant Ricardo Rivera


    The request for a continuance to November 5, 2009 is GRANTED.  The request to exclude time is GRANTED.

    October 7, 2009

                                              *Jeffrey S. White* (signature)

STATUS REPORT AND ~~PROPOS~~ED ORDER
CR 09-657 JSW

3