GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone: (415) 575-3588
Facsimile:  (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
FRANCISCO TORRES, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>FRANCISCO TORRES, SR.,<br>FRANCISCO TORRES, JR.,<br>RICARDO RIVERA,<br>GREGORIO BERBER VALDIVINOS,<br><br>    Defendants. | CR 09-0657 JSW<br><br>[Proposed]<br>ORDER RE: MP3 PLAYER |

The court having reviewed the Ex Parte Application for Use of MP3 players and GOOD CAUSE APPEARING to facilitate the review of case-related discovery, IT IS HEREBY ORDERED:

| | |
|---|---|
| FRANCISCO TORRES, Sr., | Reg. No. 64520097 |
| RICARDO RIVERA, | Reg. No. 12920-111 |
| GREGORIO BERBER VALDIVINOS | Reg. No. 12922-111 |
| FRANCISCO TORRES, JR. | Reg. No. 152743298 |

shall each be permitted the use of one or more MP3 players, in accordance with the regulations of FDC Dublin, Santa Rita and North County jails.

DATED: ~~October 5, 2009~~

October 7, 2009

_____
The Honorable Jeffrey S. White
United States District Court Judge

3