```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
MATTHEW L. MCCARTHY (CSBN 217871)
Assistant United States Attorneys
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-6982
    Email: denise.barton@usdoj.gov
    Email: matthew.mccarthy@usdoj.gov
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO TORRES, SR., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 09-0657 JSW <br><br> **[PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 5, 2009 THROUGH JANUARY 14, 2010** |

      Defendants Francisco Torres, Sr., Francisco Torres, Jr., Ricardo Rivera, Gregorio B. Valdovinos, represented by counsels Edward Hu, Esq. (covering for Garrick Lew, Esq.), Edward Hu, Esq. (covering for Maria Fonseca, Esq.,), Gail Shiftman, Esq., and Kenneth Wine, Esq., respectively, and the government, represented by Susan R. Jerich, Assistant United States Attorney, appeared before the Court on November 5, 2009 for a status conference. The government updated the court regarding discovery, and that the government was in the process of producing discovery.

      The matter was continued to January 14, 2010 at 2:30 p.m. The defendants agreed that time be excluded under the Speedy Trial Act between November 5, 2009 and January 14, 2010

ORDER EXCLUDING TIME
Case No. CR 09-0657 JSW

for effective preparation of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv).

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 5, 2009 and January 14, 2010 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 5, 2009 and January 14, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between November 5, 2009 and January 14, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: January 20, 2010

THE HONORABLE JEFFREY S. WHITE
United States District Judge