JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
MATTHEW L. MCCARTHY (CSBN 217871)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-6982
   Email: denise.barton@usdoj.gov
   Email: matthew.mccarthy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0657 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 14, 2010 THROUGH MARCH 11, 2010 |
| FRANCISCO TORRES, SR., et al., | |
| Defendants. | |

     Defendants Francisco Torres, Sr., Francisco Torres, Jr., Ricardo Rivera, Gregorio B. Valdovinos, represented by counsels Edward Hu, Esq. and Garrick Lew, Esq., Maria Fonseca, Esq., Gail Shiftman, Esq., and Kenneth Wine, Esq., respectively, and the government, represented by Denise Marie Barton and Matthew L. McCarthy, Assistant United States Attorneys, appeared before the Court on January 14, 2010 for a trial setting/status conference. The government updated the court regarding its intended actions regarding discovery in advance of any appearance before the Honorable Maria-Elena James, to whom discovery matters have been referred.

1  The matter was continued to March 11, 2010 at 2:30 p.m. for a further trial setting/status
2  conference. The parties requested that time be excluded under the Speedy Trial Act between
3  January 14, 2010 and March 11, 2010 for effective preparation of counsel, under 18 U.S.C. §
4  3161(h)(7)(B)(iv).

5  Based upon the representation of counsel and for good cause shown, the Court finds that
6  failing to exclude the time between January 14, 2010 and March 11, 2010 would unreasonably
7  deny counsel the reasonable time necessary for effective preparation, taking into account the
8  exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that failing to
9  exclude the time between January 14, 2010 and March 11, 2010 would unreasonably deny
10 Government counsel, who is newly-assigned to the case, continuity of counsel, taking into
11 account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds
12 that the ends of justice served by excluding the time between January 14, 2010 and March 11,
13 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and
14 the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between
15 January 14, 2010 and March 11, 2010 shall be excluded from computation under the Speedy
16 Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: January 20, 2010

THE HONORABLE JEFFREY S. WHITE
United States District Judge