1   JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5   MATTHEW L. McCARTHY(CABN 217871)
   Assistant United States Attorney
6
     450 Golden Gate Avenue, Box 36055
7    San Francisco, California  94102
   Telephone:     (415) 436-6838
8    Facsimile:     (415) 436-7234
   Matthew.McCarthy@usdoj.gov
9

10  Attorneys for Plaintiff

11

12            UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14             SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,    )  CR No. 09-0657-JSW
                        )
17       Plaintiff,         )  [PROPOSED] STIPULATED  ORDER
                        )  CONTINUING STATUS CONFERENCE
18    v.               )
                        )  **Current Hearing Date: March 11, 2010**
19  FRANCISCO TORRES, SR., et al.,    )  Time:                     2:30 PM
                        )  Judge:           Hon. Jeffrey S. White
20      Defendants.       )
                        )  **Proposed Hearing Date: April 1, 2010**
21  ———————————————————)  Time:                     2:30 PM

22

23

24

25

26

27

28

The above-captioned case is currently scheduled for a status conference on Thursday, March 11, 2010 at 2:30 p.m.  As discussed at the last appearance before the Court, counsel for the parties are currently working to resolve outstanding discovery issues so that they can set motion and/or trial schedules when they next appear.

At the last appearance before the Court, Your Honor referred the discovery issues in this matter to the Honorable Maria Elena James.  Magistrate Judge James instructed the parties to meet and confer regarding all outstanding issues prior to setting a hearing before her.  Counsel are in the process of complying with Magistrate Judge James' order.

At this time, counsel for the defendants have made a written request for specific items of discovery.  Counsel for the government, after reviewing files and discussing the issues with government agents, have provided a written response along with the production of some additional documents.  The government is also preparing additional translations and transcriptions of recorded telephone calls at defense counsel's request.  The parties are now requesting a brief continuance of the scheduled status conference in order to determine whether any dispute remains, and if necessary, to present that dispute to the Magistrate Court.

Accordingly, the parties now stipulate and jointly request that the status conference currently set for March 11, 2010 be continued three weeks to April 1, 2010. The parties expect that they will have resolved all outstanding discovery issues prior to that appearance, and will be prepared to set a schedule for motions and/or trial at that time.

Prior to the April 1 status conference, the parties will file a Status Report on Monday, March 29 or at any other date ordered by the Court.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from March 11, 2010 through April 1, 2010 for effective preparation of counsel.  The exclusion of time is necessary to resolve the outstanding discovery issues in this matter.  The parties agree that the ends of justice served by granting such a

continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).


IT IS SO STIPULATED.

_____3-5-10_____                              _____/s/_____

DATED                                           JOSEPH P. RUSSONIELLO
                                                United States Attorney
                                                Northern District of California
                                                MATTHEW L. McCARTHY
                                                Assistant United States Attorney


_____3-5-10_____                              _____/s/_____

DATED                                           GARRICK S. LEW
                                                Attorney for Francisco Torres, Sr.


_____3-5-10_____                              _____/s/_____

DATED                                           MARIA J. FONSECA
                                                Attorney for Francisco Torres, Jr.


_____3-5-10_____                              _____/s/_____

DATED                                           GAIL R. SHIFMAN
                                                Attorney for Ricardo Rivera


_____3-5-10_____                              _____/s/_____

DATED                                           KENNETH H. WINE
                                                Attorney for Gregorio Valdovinos

**[PROPOSED] ORDER**

For good cause shown, the status conference now scheduled for Thursday, March 11, 2010 is vacated. The matter shall be added to the Court's calendar on Thursday, April 1, 2010 for setting of motions and/or trial.

The parties shall file a Joint Status Report on Monday, March 29, 2010.

In addition, for the reasons stated above, the Court finds that an exclusion of time from March 11, 2010 through April 1, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

March 5, 2010
_____
DATED

HON. JEFFREY S. WHITE
United States District Court Judge