JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
MATTHEW L. MCCARTHY (CSBN 217871)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-6982
   Email: denise.barton@usdoj.gov
   Email: matthew.mccarthy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0657 JSW |
|    Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 22, 2010 THROUGH MAY 13, 2010 |
| FRANCISCO TORRES, SR., et al., ) | |
|    Defendants. ) | |

     Defendants Francisco Torres, Sr., Francisco Torres, Jr., Ricardo Rivera, Gregorio B. Valdovinos, represented by counsels Edward Hu, Esq. and Garrick Lew, Esq., Maria Fonseca, Esq., Gail Shifman, Esq., and Kenneth Wine, Esq., respectively, and the government, represented by Denise Marie Barton and Matthew L. McCarthy, Assistant United States Attorneys, appeared before the Court on April 22, 2010 for a trial setting/status conference.

     At the appearance, the Court set a motions schedule for non-discovery motions and set a trial date. Defense motions on matters not relating to discovery were scheduled to be filed on

UNITED STATES V. TORRES, et al.,
CR No. 09-0657 JSW
[PROPOSED] ORDER EXCLUDING TIME

May 13, 2010 and a hearing on the motions was set for July 1, 2010. The parties agreed that time should be excluded under the Speedy Trial Act between April 22, 2010 and May 13, 2010 for effective preparation of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv) to afford counsel adequate time to prepare motions. Under 18 U.S.C. § 3161(h)(1)(D), time will be excluded from the filing of motions on May 13, 2010 through the "conclusion of the hearing on, or other prompt disposition of, such motion[s]." This exclusion will apply to all defendants because all defendants are currently joined for trial and no motion for severance has been granted. *See* 18 U.S.C. § 3161(h)(6).

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 22, 2010 and May 13, 2010 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 22, 2010 and May 13, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 22, 2010 and May 13, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: April 23, 2010

THE HONORABLE JEFFREY S. WHITE
United States District Judge

UNITED STATES V. TORRES, et al.,
CR No. 09-0657 JSW
[PROPOSED] ORDER EXCLUDING TIME

-2-