IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00657 JSW |
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION AND DIRECTIONS TO PARTIES** |
| v. | |
| FRANCISCO TORRES, et al., | |
| Defendants. | |

On June 4, 2010, this Court issued an Order that required, *inter alia*, the Government to produce trial ready transcripts by June 28, 2010. On June 28, 2010, the Government filed a motion for leave to produce one transcript after the June 28, 2010 deadline and requested that it be permitted to produce the transcript by no later than July 2, 2010.

On June 30, 2010, Defendant Francisco Torres Sr. opposed the Government's motion, and he asks that any transcript produced after June 28, 2010 be excluded. In light of the Government's representations, and in light of the fact that it asks for an extension with respect to *one* transcript, the Court GRANTS the Government's motion. However, if it fails to produce the transcript to Defendants by 4:00 p.m. on July 2, 2010, that transcript shall be excluded.

In his opposition, Mr. Torres also asks that the Court require the Government to produce the transcripts in their original form, as received by Leslie Padilla-Williams or Interpreters Unlimited Inc. The parties are HEREBY ORDERED to meet and confer on this issue and, if they are unable to reach agreement, shall submit that dispute to Magistrate Judge James, to whom this Court has referred discovery disputes.

Finally, Mr. Torres asks that the Government provide the identity of the person(s) responsible for making each voice identification in both the original and new transcripts.

Again, the parties are HEREBY ORDERED to meet and confer on this issue and, if they are unable to resolve the issue, to present the dispute to Magistrate Judge James. However, to the extent this issue implicates a motion to disclose confidential informants, any such motion shall be filed with the Defendants' pretrial motions on July 15, 2010.

Finally, although none of the other Defendants opposed the Government's motion, to the extent they intend to join in the requests set forth in Mr. Torres' opposition, this Order applies to each of the Defendants.

**IT IS SO ORDERED.**

Dated: July 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE